January 2, 2018

The Honorable Christopher R. Cooper
U.S. District Court for the District of Columbia, Room 6903A
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20011

The Honorable James E. Boasberg
U.S. District Court for the District of Columbia, Room 6321
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20011

**RE:** **Eugene Hudson, Jr. v. American Federation of Government Employees**,
17-CV-2094 (CRC)

**Eugene Hudson, Jr. v. American Federation of Government Employees**,
17-CV-1867 (JEB)

## Notice of Related Cases Pursuant to Local Civil Rule 40.5

In accordance with Local Civil Rule 40.5, the American Federation of Government Employees ("AFGE"), by and through undersigned counsel, hereby notifies the Court that Hudson v. American Federation of Government Employees, 17-CV-2094 (CRC), filed on October 10, 2017, but not served until December 21, 2017, is related to an earlier filed and served case involving the same two parties—Hudson v. American Federation of Government Employees, 17-CV-1867 (JEB).

Civil cases are deemed related under Rule 40.5 when the earlier filed case is still pending on the merits in the District Court and the cases "(i) relate to common property, or (ii) involve common issues of fact, or (iii) grow out of the same event or transaction or (iv) involve the validity or infringement of the same patent." These criteria plainly are satisfied here.

First, the earlier filed case before Judge Boasberg is still pending on the merits: AFGE moved to dismiss the case on December 18, 2017 (ECF No. 21 in 17-CV-1867), and that motion to dismiss awaits full briefing and judicial resolution.

Second, while Plaintiff proceeds on theories primarily arising under the Labor Management Reporting and Disclosure Act in the case before Judge Boasberg, and makes claims pursuant to Title VII of the Civil Rights Act, and 42 U.S.C. § 1981 and/or § 1983 in the later filed case before Judge Cooper, both complaints undeniably involve "common issues of fact" and "grow out of the same event or transaction." Specifically, both cases substantially relate to Plaintiff's removal from union office by AFGE's National Executive Council. Compare ECF No. 1 in 17-CV- 1867 at ¶¶ 13–55 with ECF No. 1 in 17-CV-2094 at ¶¶ 36–41. Indeed, the two

complaints against AFGE substantially track each other, with the notable exception that they ascribe different (and conflicting) motives to AFGE's removal of Plaintiff from union office.

Respectfully submitted,

*/s/ Andrew D. Roth*
Andrew D. Roth (D.C. Bar No. 414038)
Bredhoff & Kaiser, PLLC
805 15th Street, NW, Suite 1000
Washington, DC 20005
(202) 842-2600
aroth@bredhoff.com

Counsel for Defendant AFGE in 17-CV-2094(CRC)

*/s/ Gony Frieder Goldberg*
Gony Frieder Goldberg (D.C. Bar No. 457706)
Office of General Counsel, AFGE
80 F Street, NW
Washington, DC 20001
(202) 639-6426
friedg@afge.org

Counsel for Defendant AFGE in 17-CV-1867 (JEB)