# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Eugene Hudson, Jr., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:17-cv-02094-JEB |
| | ) |
| American Federation of Government Employees, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT AFGE'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Civil Rule 7, the American Federation of Government Employees ("AFGE") hereby moves to dismiss Plaintiff's Complaint in its entirety for failure to state a claim upon which relief can be granted. In the alternative, AFGE moves to dismiss Plaintiff's claims pertaining to his removal from union office based on the prudential rule against claims splitting.

The grounds for this Motion are fully set out in the accompanying Memorandum of Points and Authorities. Pursuant to Local Civil Rule 7(c), this Motion also is accompanied by a proposed order.

        Respectfully submitted,

        /s/ Andrew D. Roth
        Andrew D. Roth (D.C. Bar No. 414038)
        BREDHOFF & KAISER, P.L.L.C.
        805 Fifteenth Street N.W., Suite 1000
        Washington, DC 20005
        (202) 842-2600
        aroth@bredhoff.com

        Counsel for Defendant AFGE

Dated: February 1, 2018