# Exhibit A

EXECUTIVE ORDER
13756
ADJUSTMENTS OF CERTAIN RATES OF PAY

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered as follows:

**Section 1.** *Statutory Pay Systems.* The rates of basic pay or salaries of the statutory pay systems (as defined in 5 U.S.C. 5302(1)), as adjusted under 5 U.S.C. 5303, are set forth on the schedules attached hereto and made a part hereof:

(a) The General Schedule (5 U.S.C. 5332(a)) at Schedule 1;

(b) The Foreign Service Schedule (22 U.S.C. 3963) at Schedule 2; and

(c) The schedules for the Veterans Health Administration of the Department of Veterans Affairs (38 U.S.C. 7306, 7404; section 301(a) of Public Law 102–40) at Schedule 3.

**Sec. 2.** *Senior Executive Service.* The ranges of rates of basic pay for senior executives in the Senior Executive Service, as established pursuant to 5 U.S.C. 5382, are set forth on Schedule 4 attached hereto and made a part hereof.

**Sec. 3.** *Certain Executive, Legislative, and Judicial Salaries.* The rates of basic pay or salaries for the following offices and positions are set forth on the schedules attached hereto and made a part hereof:

(a) The Executive Schedule (5 U.S.C. 5312–5318) at Schedule 5;

(b) The Vice President (3 U.S.C. 104) and the Congress (2 U.S.C. 4501) at Schedule 6; and

(c) Justices and judges (28 U.S.C. 5, 44(d), 135, 252, and 461(a)) at Schedule 7.

**Sec. 4.** *Uniformed Services.* The rates of monthly basic pay (37 U.S.C. 203(a)) for members of the uniformed services, as adjusted under section 601 of the National Defense Authorization Act for Fiscal Year 2017, [S. 2943, 114th Cong. (2016)], as signed by the President on December 23, 2016, and the rate of monthly cadet or midshipman pay (37 U.S.C. 203(c)) are set forth on Schedule 8 attached hereto and made a part hereof.

**Sec. 5.** *Locality-Based Comparability Payments.* (a) Pursuant to section 5304 of title 5, United States Code, and my authority to implement an alternative level of comparability payments under section 5304a of title 5, United States Code, locality-based comparability payments shall be paid in accordance with Schedule 9 attached hereto and made a part hereof.

(b) The Director of the Office of Personnel Management shall take such actions as may be necessary to implement these payments and to publish appropriate notice of such payments in

the *Federal Register*.

**Sec. 6.** *Administrative Law Judges.* Pursuant to section 5372 of title 5, United States Code, the rates of basic pay for administrative law judges are set forth on Schedule 10 attached hereto and made a part hereof.

**Sec. 7.** *Effective Dates.* Schedule 8 is effective January 1, 2017. The other schedules contained herein are effective on the first day of the first applicable pay period beginning on or after January 1, 2017.

**Sec. 8.** *Prior Order Superseded.* Executive Order 13715 of December 18, 2015, is superseded as of the effective dates specified in section 7 of this order.

BARACK OBAMA

THE WHITE HOUSE,
December 27, 2016

SCHEDULE 1--GENERAL SCHEDULE

(Effective on the first day of the first applicable pay period beginning on or after January 1, 2017)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| GS-1 | $18,526 | $19,146 | $19,762 | $20,375 | $20,991 | $21,351 | $21,960 | $22,575 | $22,599 | $23,171 |
| GS-2 | 20,829 | 21,325 | 22,015 | 22,599 | 22,853 | 23,525 | 24,197 | 24,869 | 25,541 | 26,213 |
| GS-3 | 22,727 | 23,485 | 24,243 | 25,001 | 25,759 | 26,517 | 27,275 | 28,033 | 28,791 | 29,549 |
| GS-4 | 25,514 | 26,364 | 27,214 | 28,064 | 28,914 | 29,764 | 30,614 | 31,464 | 32,314 | 33,164 |
| GS-5 | 28,545 | 29,497 | 30,449 | 31,401 | 32,353 | 33,305 | 34,257 | 35,209 | 36,161 | 37,113 |
| GS-6 | 31,819 | 32,880 | 33,941 | 35,002 | 36,063 | 37,124 | 38,185 | 39,246 | 40,307 | 41,368 |
| GS-7 | 35,359 | 36,538 | 37,717 | 38,896 | 40,075 | 41,254 | 42,433 | 43,612 | 44,791 | 45,970 |
| GS-8 | 39,159 | 40,464 | 41,769 | 43,074 | 44,379 | 45,684 | 46,989 | 48,294 | 49,599 | 50,904 |
| GS-9 | 43,251 | 44,693 | 46,135 | 47,577 | 49,019 | 50,461 | 51,903 | 53,345 | 54,787 | 56,229 |
| GS-10 | 47,630 | 49,218 | 50,806 | 52,394 | 53,982 | 55,570 | 57,158 | 58,746 | 60,334 | 61,922 |
| GS-11 | 52,329 | 54,073 | 55,817 | 57,561 | 59,305 | 61,049 | 62,793 | 64,537 | 66,281 | 68,025 |
| GS-12 | 62,722 | 64,813 | 66,904 | 68,995 | 71,086 | 73,177 | 75,268 | 77,359 | 79,450 | 81,541 |
| GS-13 | 74,584 | 77,070 | 79,556 | 82,042 | 84,528 | 87,014 | 89,500 | 91,986 | 94,472 | 96,958 |
| GS-14 | 88,136 | 91,074 | 94,012 | 96,950 | 99,888 | 102,826 | 105,764 | 108,702 | 111,640 | 114,578 |
| GS-15 | 103,672 | 107,128 | 110,584 | 114,040 | 117,496 | 120,952 | 124,408 | 127,864 | 131,320 | 134,776 |

## SCHEDULE 9--LOCALITY-BASED COMPARABILITY PAYMENTS

(Effective on the first day of the first applicable pay period beginning on or after January 1, 2017)

| Locality Pay Area* | Rate |
|---|---|
| Alaska | 27.13% |
| Albany-Schenectady, NY | 15.85% |
| Albuquerque-Santa Fe-Las Vegas, NM | 15.36% |
| Atlanta—Athens-Clarke County—Sandy Springs, GA-AL | 20.70% |
| Austin-Round Rock, TX | 15.97% |
| Boston-Worcester-Providence, MA-RI-NH-CT-ME | 26.73% |
| Buffalo-Cheektowaga, NY | 18.66% |
| Charlotte-Concord, NC-SC | 15.65% |
| Chicago-Naperville, IL-IN-WI | 26.85% |
| Cincinnati-Wilmington-Maysville, OH-KY-IN | 19.52% |
| Cleveland-Akron-Canton, OH | 19.71% |
| Colorado Springs, CO | 15.99% |
| Columbus-Marion-Zanesville, OH | 18.49% |
| Dallas-Fort Worth, TX-OK | 22.61% |
| Davenport-Moline, IA-IL | 15.56% |
| Dayton-Springfield-Sidney, OH | 17.59% |
| Denver-Aurora, CO | 24.65% |
| Detroit-Warren-Ann Arbor, MI | 25.68% |
| Harrisburg-Lebanon, PA | 15.63% |
| Hartford-West Hartford, CT-MA | 27.57% |
| Hawaii | 17.92% |
| Houston-The Woodlands, TX | 30.97% |
| Huntsville-Decatur-Albertville, AL | 17.82% |
| Indianapolis-Carmel-Muncie, IN | 15.85% |
| Kansas City-Overland Park-Kansas City, MO-KS | 15.59% |
| Laredo, TX | 16.68% |
| Las Vegas-Henderson, NV-AZ | 15.93% |
| Los Angeles-Long Beach, CA | 29.65% |
| Miami-Fort Lauderdale-Port St. Lucie, FL | 22.13% |
| Milwaukee-Racine-Waukesha, WI | 19.61% |
| Minneapolis-St. Paul, MN-WI | 22.72% |
| New York-Newark, NY-NJ-CT-PA | 31.22% |
| Palm Bay-Melbourne-Titusville, FL | 15.48% |
| Philadelphia-Reading-Camden, PA-NJ-DE-MD | 23.87% |
| Phoenix-Mesa-Scottsdale, AZ | 18.57% |
| Pittsburgh-New Castle-Weirton, PA-OH-WV | 17.86% |
| Portland-Vancouver-Salem, OR-WA | 21.95% |
| Raleigh-Durham-Chapel Hill, NC | 19.02% |
| Richmond, VA | 18.19% |
| Sacramento-Roseville, CA-NV | 24.14% |
| San Diego-Carlsbad, CA | 26.98% |
| San Jose-San Francisco-Oakland, CA | 38.17% |
| Seattle-Tacoma, WA | 24.24% |
| St. Louis-St. Charles-Farmington, MO-IL | 15.83% |
| Tucson-Nogales, AZ | 15.66% |
| Washington-Baltimore-Arlington, DC-MD-VA-WV-PA | 27.10% |
| Rest of U.S. | 15.06% |

\*   Locality Pay Areas are defined in 5 CFR 531.603.