# Exhibit B

# SALARY TABLE 2017-DCB
## INCORPORATING THE 1% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 27.10%
## FOR THE LOCALITY PAY AREA OF WASHINGTON-BALTIMORE-ARLINGTON, DC-MD-VA-WV-PA
## TOTAL INCREASE: 2.88%
## EFFECTIVE JANUARY 2017

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 23,547 | $ 24,335 | $ 25,118 | $ 25,897 | $ 26,680 | $ 27,137 | $ 27,911 | $ 28,693 | $ 28,723 | $ 29,450 |
| 2 | 26,474 | 27,104 | 27,981 | 28,723 | 29,046 | 29,900 | 30,754 | 31,608 | 32,463 | 33,317 |
| 3 | 28,886 | 29,849 | 30,813 | 31,776 | 32,740 | 33,703 | 34,667 | 35,630 | 36,593 | 37,557 |
| 4 | 32,428 | 33,509 | 34,589 | 35,669 | 36,750 | 37,830 | 38,910 | 39,991 | 41,071 | 42,151 |
| 5 | 36,281 | 37,491 | 38,701 | 39,911 | 41,121 | 42,331 | 43,541 | 44,751 | 45,961 | 47,171 |
| 6 | 40,442 | 41,790 | 43,139 | 44,488 | 45,836 | 47,185 | 48,533 | 49,882 | 51,230 | 52,579 |
| 7 | 44,941 | 46,440 | 47,938 | 49,437 | 50,935 | 52,434 | 53,932 | 55,431 | 56,929 | 58,428 |
| 8 | 49,771 | 51,430 | 53,088 | 54,747 | 56,406 | 58,064 | 59,723 | 61,382 | 63,040 | 64,699 |
| 9 | 54,972 | 56,805 | 58,638 | 60,470 | 62,303 | 64,136 | 65,969 | 67,801 | 69,634 | 71,467 |
| 10 | 60,538 | 62,556 | 64,574 | 66,593 | 68,611 | 70,629 | 72,648 | 74,666 | 76,685 | 78,703 |
| 11 | 66,510 | 68,727 | 70,943 | 73,160 | 75,377 | 77,593 | 79,810 | 82,027 | 84,243 | 86,460 |
| 12 | 79,720 | 82,377 | 85,035 | 87,693 | 90,350 | 93,008 | 95,666 | 98,323 | 100,981 | 103,639 |
| 13 | 94,796 | 97,956 | 101,116 | 104,275 | 107,435 | 110,595 | 113,755 | 116,914 | 120,074 | 123,234 |
| 14 | 112,021 | 115,755 | 119,489 | 123,223 | 126,958 | 130,692 | 134,426 | 138,160 | 141,894 | 145,629 |
| 15 | 131,767 | 136,160 | 140,552 | 144,945 | 149,337 | 153,730 | 158,123 | 161,900 * | 161,900 * | 161,900 * |

* Rate limited to the rate for level IV of the Executive Schedule (5 U.S.C. 5304 (g)(1)).

Applicable locations are shown on the 2017 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2017/locality-pay-area-definitions/