**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                                )
Eugene Hudson, Jr.,                                )
                                                                )
            Plaintiff,            )
                                                                )
v.                                                             )   No. 1:17-cv-02094-JEB
                                                                )
American Federation of Government  )
Employees,                                              )
                                                                )
            Defendant.        )
_____)


## **ORDER**

Upon full consideration of the Motion to Dismiss filed by Defendant and the arguments presented by the parties with respect thereto, it is hereby **ORDERED** this _____ day of _____, 2018 that Defendant's Motion to Dismiss is granted, and it is **FURTHER** ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE.

**SO ORDERED.**

 

_____
Judge James E. Boasberg
United States District Court
for the District of Columbia

cc:

Marlene Denise Morten
Unfoldment Law Offices
3825 South Capitol Street, SW
Washington, DC 20032

Attorney for Plaintiff Eugene Hudson, Jr.