UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE HUDSON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES,<br><br>Defendant. | Civil Action No. 17-2094 (JEB) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion to Dismiss is GRANTED IN PART and DENIED IN PART;

2. All claims are dismissed without prejudice except those in Count I related to adverse actions other than termination; and

2. Defendant shall file an Answer by April 24, 2018.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: April 10, 2018