UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE HUDSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, <br><br> Defendant. | Civil Action No. 17-2094 (JEB) |

## SCHEDULING ORDER

Pursuant to the Status Conference held May 22, 2018, the Court ORDERS that the following schedule shall govern further proceedings:

1. Complete initial disclosures shall be exchanged on or before May 29, 2018;

2. Fact discovery shall run from May 29, 2018 until June 29, 2018 and then from September 4, 2018 until November 5, 2018;

3. A post-discovery status hearing is scheduled for November 8, 2018, at 9:30 a.m. in Courtroom 25;

4. No discovery motions may be filed without leave of court. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3300, at which time the Court will either rule on the issue or determine the manner in which it will be handled; and

5. Parties may not extend any deadline by stipulation; instead, parties must seek extensions by motion. Consent motions are generally looked upon with favor by the Court.

**SO ORDERED.**

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: May 22, 2018