IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE HUDSON, JR., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:17-cv-02094-JEB ) |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, | ) ) ) ) |
| Defendant. | ) ) ) |

## **DEFENDANT AFGE'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 7(h), Defendant American Federation of Government Employees ("AFGE") hereby moves for summary judgment in its favor on all of Plaintiff Hudson's claims that remain pending before this Court, and requests that these remaining claims be dismissed with prejudice.

The grounds for this Motion are fully set forth in the accompanying Memorandum of Points and Authorities. The Motion also is supported, as required by Local Rule 7(h), by a Statement of Material Facts as to Which There Is No Genuine Issue, and is further supported by the accompanying declarations of J. David Cox, Roselle Paraoan, and Andrew D. Roth. Pursuant to Local Rule 7(c), a proposed order also is attached.

        Respectfully submitted,

        /s/ Andrew D. Roth
        Andrew D. Roth (D.C. Bar No. 414038)
        Devki K. Virk (D.C. Bar No. 459418)
        Elisabeth Oppenheimer (D.C. Bar. No. 888230912)
        BREDHOFF & KAISER, P.L.L.C.
        805 Fifteenth Street N.W., Suite 1000
        Washington, D.C. 20005
        (202) 842-2600
        aroth@bredhoff.com
        dvirk@bredhoff.com
        eoppenheimer@bredhoff.com

        *Counsel for Defendant AFGE*

Dated: June 21, 2019