IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE HUDSON, JR., </br></br>          Plaintiff, </br></br> v. </br></br> AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, </br></br>          Defendant. | No. 1:17-cv-02094-JEB |

**STATEMENT OF MATERIAL FACTS AS TO WHICH
THERE IS NO GENUINE ISSUE IN SUPPORT OF DEFENDANT AFGE'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

<u>Willie Hope</u>

1. On February 16, 2017, AFGE National President ("NP") J. David Cox wrote then-AFGE National Secretary-Treasurer ("NST") Hudson a memorandum approving Hudson's request that Willie Hope be promoted to serve as Hudson's Special Assistant. Decl. of J. David Cox ("Cox Decl.") ¶ 24 & Exh. 9; *see also* Tr. of Eugene Hudson Deposition (Mar. 18, 2019) ("Hudson Tr.") at 22:17-23:6, 23:17-22.[1]

2. Hope became Hudson's Special Assistant in February 2017. Cox Decl. ¶ 25.

3. Hope remained Hudson's Special Assistant until Hudson was removed from office a few months later, and Hope remains the NST's Special Assistant to this day. Cox Decl. ¶ 25.

4. Cox told Hudson at some point in 2012 that, for budgetary reasons, only one of the two assistant positions in the NST office (Special Assistant and Executive Assistant) could be

---

[1] Excerpts of Eugene Hudson's deposition are attached as Exhibit 1 to the Declaration of Andrew D. Roth, filed simultaneously herewith.

a G-13/14 position, while the other would be a G-13 position.  Cox Decl. ¶ 14; Hudson Tr. 207:2-17.

5. When Cox was NST from 2006-2012, the Executive Assistant to the NST position was a G-13/14, while the Special Assistant position was a G-13.  Cox Decl. ¶¶ 12-13.

6. Hudson agreed to the arrangement described in Paragraph 4, and he hired a Special Assistant, Yvonne Wheeler, as a G-13/14, and an Executive Assistant, Arla Bentley (née Johnson), as a G-12/13.  Cox Decl. ¶¶ 15, 17; Hudson Tr. 207:2-208:15.

7. In 2013, Hudson decided that his Executive Assistant (Bentley) should be eligible to become a G-14, and he persuaded the National Executive Council ("NEC"), over Cox's objection, to approve a budget in which her position was made a G-13/14 position.  Cox Decl. ¶ 17; Hudson Tr. 207:17-208:9.

8. In December 2013, Bentley became a G-14.  Cox Decl. ¶ 17; Cox Decl., Exh. 6.

9. In October 2016, Bentley was still serving as Executive Assistant to the NST, as a G-14.  Cox Decl. ¶ 21.

10. In October 2016, there was a vacancy in the Special Assistant to the NST position.  Cox Decl. ¶ 21.

11. Cox directed that the vacant Special Assistant to the NST position be posted as a pure G-13 position, with no possibility of advancement to the G-14 salary grade.  Cox Decl. ¶ 21.

12. The position was posted in accordance with Cox's direction as a G-13 position on October 19, 2016.  Cox Decl., Exh. 8; Hudson Tr. 57:20-22.

13. When Cox directed that the position be posted as a G-13, he had no idea that Hudson would select Willie Hope, an African American, for the position.  Cox. Decl. ¶ 23; *see also* Hudson Tr. 62:14-63:16.

14. Hudson formally selected Hope for the Special Assistant to the NST position in January of 2017.  Cox. Decl. ¶ 23.

15. Hope's immediate predecessor in the Special Assistant position, Randy Stewart, was a Caucasian American.  Cox Decl. ¶ 19; Cox Decl., Exh. 7.

## Committee Chairmanship

16. In November 2014, Cox abolished AFGE's NAFI committee and transferred its functions to AFGE's DEFCON Committee.  Cox Decl. ¶ 29 & Exh. 11.

17. At the very same time, Cox appointed Hudson the chair of the newly-established Information Services/Information Technology Committee, at Hudson's request.  Cox Decl. ¶ 30 & Exh. 11; Hudson Tr. 157:18-158:5.

18. The reason that Cox took the action described in paragraph 16 is that he concluded that NAFI committee and DEFCON Committee did overlapping work, such that the NAFI Committee was redundant.  Cox Decl. ¶ 29 & Exh. 11.

19. Of the ten individuals who were committee chairs in November of 2014, five were African Americans.  Cox Decl. ¶¶ 31-32 & Exh. 11.

## COLA

20. Under Article VII Section 3 of the AFGE Constitution, the salaries of all AFGE officers are pegged to—and thus calculated and set in accordance with—the Office of Personnel Management ("OPM") general schedule.  Cox Decl. ¶ 5.

21. Cox, in his capacity as NP, reviews and "signs off on" officer salary increases.  Cox Decl. ¶ 6.

22. The responsibility for calculating the individual officer salary amounts that result from the OPM schedule—including the COLA increases provided for under periodic OPM directives—resides in AFGE's Human Resources Department. Cox Decl. ¶ 6.

23. In 2017, AFGE's Human Resources Department implemented COLA increases based on Executive Order 13756, "Adjustment of Certain Rates of Pay," 81 Fed. Reg. 97099, 2016 WL 7487746 (Dec. 27, 2016). Decl. of Roselle Paraoan ("Paraoan Decl.") ¶ 3 & Exh. 1.

24. In 2017, the 1% COLA and the locality-based comparability payment for the Washington D.C. statistical area yielded a total COLA of 2.88% for most but not all federal employees. Paraoan Decl. ¶ 4 & Exh. 1.

25. The OPM Salary Table for the D.C. statistical area for 2017 provided that the salaries for federal employees in Steps 8 through 10 of the GS-15 salary grade were capped at a certain level (<u>i.e.</u>, "the rate for level IV of the Executive Schedule"). Paraoan Decl. ¶ 5 & Exh. 1.

26. Under AFGE's Constitution, Hudson, as NST, was paid at a G-15 level. Paraoan Decl. ¶ 6 & Exh. 2 at 7; *see also* Hudson. Tr. 124:3-11.

27. As of the end of 2016, Hudson was paid at a G-15, Step 8 level. Paraoan Decl. ¶ 8 & Exhs. 3-4.

28. In 2017, Hudson was given the highest possible COLA that would not move him over the OPM schedule cap, which turned out to be a 2.48% COLA. Paraoan Decl. ¶ 9 & Exhs. 1, 5; Hudson Tr. at 126:2-128:1.

29. Under AFGE's Constitution, AFGE's National Vice Presidents are paid at a G-14 level. Paraoan Decl. Exh. 2 at 7.

30. Under the OPM salary table, all D.C. area GS-14 employees are entitled to receive a 2.88% COLA.  Paraoan Decl. ¶¶ 4-5 & Exh. 1.

31. As of the end of 2016, there were three AFGE NVPs in the D.C. statistical area.  Augusta Thomas and Eric Bunn were African American; Joseph Flynn was Caucasian.  Paraoan Decl. ¶ 7.

32. In 2017, all three of AFGE's NVPs in the D.C. statistical area received a 2.88% COLA.  Paraoan Decl. ¶ 7.

33. Under AFGE's Constitution, the NP's salary is pegged to Executive Level IV.  Cox Decl., Exh. 1 at 7.

34. In August of 2009, the NEC (which is composed of all AFGE officers) voted in favor of an interpretation and application of the AFGE Constitution under which the NP is entitled to receive the full COLA increases provided for under OPM directives, notwithstanding any cap that might otherwise apply under the Executive Level IV schedule to which the NP's salary is pegged.  Cox Decl. ¶ 8 & Exh. 2.

35. In December of 2015, the NEC voted unanimously to reaffirm the interpretation and application of the AFGE Constitution under which the NP is entitled to receive the full COLA increases provided for under OPM directives.  Cox Decl. ¶ 9 & Exhs. 3-4.

<u>Article 23 Charges</u>

36. Cox had no involvement in appointing the COI's members and did not participate in any way in the COI's factual investigation of the charges.  Dkt. No. 11, Exh. 3; Cox Decl. ¶ 52.

37. As National President, Cox is responsible for accepting or rejecting the recommendation of each appointed COI.  Cox Decl. ¶ 54.

38. Since becoming National President in 2012, he has consistently followed and maintained a strong practice of deferring to the COI and accepting its recommendation, particularly because the members of the COI have typically devoted substantial time and energy in investigating the facts relating to each charge – a fact-finding function that his responsibilities as the National President preclude him from replicating or reviewing anew.  Cox Decl. ¶ 54.

Respectfully submitted,

 /s/ Andrew D. Roth
Andrew D. Roth (D.C. Bar No. 414038)
Devki K. Virk (D.C. Bar No. 459418)
Elisabeth Oppenheimer (D.C. Bar. No. 888230912)
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street N.W., Suite 1000
Washington, D.C.  20005
(202) 842-2600
aroth@bredhoff.com
dvirk@bredhoff.com
eoppenheimer@bredhoff.com

*Counsel for Defendant AFGE*

Dated:  June 21, 2019