**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

|                                      |     |                          |
|--------------------------------------|-----|--------------------------|
| EUGENE HUDSON, JR.,                  | )   |                          |
|                                      | )   |                          |
| Plaintiff,                           | )   |                          |
|                                      | )   |                          |
| v.                                   | )   | No. 1:17-cv-02094-JEB    |
|                                      | )   |                          |
| AMERICAN FEDERATION OF               | )   |                          |
| GOVERNMENT EMPLOYEES,                | )   |                          |
|                                      | )   |                          |
| Defendant.                           | )   |                          |

---

### ORDER

Upon full consideration of the Motion for Summary Judgment filed by Defendant and the arguments presented by the parties with respect thereto, it is hereby **ORDERED** this ___ day of _____, 2019 that Defendant's Motion for Summary Judgment is **GRANTED**, and it is **FURTHER ORDERED** that all of the Plaintiff's remaining claims in this action are DISMISSED WITH PREJUDICE.


**SO ORDERED**.

_____
Judge James E. Boasberg
United States District Court
for the District of Columbia