IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE HUDSON, JR., | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-cv-02094-JEB |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, | ) |
| Defendant. | ) |

**DECLARATION OF GONY GOLDBERG**

I, Gony Goldberg, being over 18 and competent to testify, declare as follows based on my personal knowledge, information and belief:

1. I am the Deputy General Counsel at the American Federation of Government Employees ("AFGE").

2. I am familiar with the charge against AFGE that Jocelynn Johnson filed with the Equal Employment Opportunity Commission ("EEOC") on June 19, 2015.

3. Attached is a true and correct copy of the fully executed Mediation Settlement Agreement that resolved the matter described in ¶ 2, including the cover letter signed by Mindy Weinstein, then-Acting Director of the Washington Field Office of the EEOC.

4. The EEOC never made a finding that there was "probable cause" for Ms. Johnson's charge.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2020                              Gory Frieder Goldberg



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington Field Office**

131 M Street, N. E., Suite 4NW02F
Washington, D. C. 20507
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Washington Status Line: (866) 408-8075
Washington Direct Dial: (202) 419-0713
TTY (202) 419-0702
FAX (202) 419-0740
Website: www.eeoc.gov

September 3, 2015

Jocelynn Johnson
807 Tewkesbury Place, NW
Washington, DC 20012

        Re: Jocelynn Johnson vs. AFGE
          EEOC Charge No. 570-2015-01506

Dear Ms. Johnson:

  In view of the agreement reached between you and the Respondent, the U.S. Equal Employment Opportunity Commission (EEOC) will take no further action on your behalf in response to this charge of discrimination.

  EEOC will discontinue its investigation of the above noted charge. This action does not reflect any judgment by EEOC as to the merits of the charge or the terms of the settlement. Furthermore, EEOC does not waive its right to investigate any other charge, including a charge filed by a member of the Commission, or to institute a directed ADEA or EPA investigation against the Respondent.

              For the Commission:

              *[signature]*
              Mindy E. Weinstein, Acting Director
              Washington Field Office

cc: Gony Goldberg
   Deputy General Counsel
   AFGE

## MEDIATION SETTLEMENT AGREEMENT

CHARGE NUMBER: **570-2015-01506**

CHARGING PARTY: **Jocelynn Johnson**

RESPONDENT: **American Federation of Government Employees**

1. In exchange for the promises made by Respondent pursuant to Charge Number **570-2015-01506**, Charging Party agrees not to institute a law suit under Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended, based on EEOC Charge Number **570-2015-01506**.

2. Further we agree that submission of this agreement to EEOC will constitute a request for closure of EEOC Charge Number **570-2015-01506**.

3. It is understood that this agreement does not constitute an admission by Respondent of any violation of Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended.

4. Respondent agrees that there shall be no discrimination or retaliation of any kind against Charging Party as a result of filing this charge or against any person because of opposition to any practice deemed illegal under the ADA, the ADEA, Title VII or GINA as a result of filing this charge, or for giving testimony, assistance or participating in any manner in an investigation, proceeding or a hearing under the aforementioned Acts.

5. This document constitutes a final and complete statement of the agreement between the Charging Party, Respondent and EEOC.

6. The parties agree that the EEOC is authorized to investigate compliance with this agreement and that this agreement may be specifically enforced in court by the EEOC or the parties and may be used as evidence in a subsequent proceeding in which a breach of this agreement is alleged.

6A. Charging Party acknowledges that she/he has been advised to consult with an attorney and has been given a reasonable time to consider the agreement before signing.

7. As evidence of a good faith effort to resolve EEOC Charge Number **570-2015-01506**, Respondent offers and Charging Party accepts the following proposal of settlement:

   A. Respondent agrees to provide EEO training to all of its managers at the National Office and all employees of the Members Services Department no later than December 31, 2015, and to advise the ADR Coordinator by e-mail of its completion. The training will include discrimination covered by Title VII (race, sex, color, religion, national origin and retaliation), ADA and ADEA.

B. Effective upon the execution of the agreement by Charging Party, Respondent agrees to ensure that an employee other than Charles Smith, Payroll Administrator, is available to Charging Party to address issues or concerns involving her payroll.

_____
Jocelynn Johnsen
Charging Party

Date Aug 26, 2015

_____
J. David Cox, Sr., National President
American Federation of Government Employees
Respondent

Date Aug 27, 2015

In reliance on the promises made in paragraphs 1 through 7 above, EEOC agrees to terminate its investigation and to not use the above referenced charge as a jurisdictional basis for a civil action under Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination Act of 1967 as amended, the Americans with Disabilities Act of 1990, as amended, or the Genetic Information Nondiscrimination Act of 2008. EEOC does not waive or in any manner limit its right to investigate or seek relief in any other charge including, but not limited to, a charge filed by a member of the Commission against the Respondent.

On Behalf of the Commission:

FOR _____

Mindy E. Weinstein
Acting Director

9/3/15
Date

2