**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
EUGENE HUDSON, JR.,                 )
                                    )
            Plaintiff,              )
                                    )
v.                                  )   No. 1:17-cv-02094-JEB
                                    )
AMERICAN FEDERATION OF              )
GOVERNMENT EMPLOYEES,               )
                                    )
            Defendant.              )
_____)

# [PROPOSED] ORDER

Upon full consideration of Plaintiff Hudson's filing entitled "Plaintiff's Memorandum in Opposition to the Motion for Summary Judgment and Plaintiff's Cross Motion for Summary Judgment," and the arguments presented by the parties with respect thereto, it is hereby

**ORDERED** this ____ day of _____, 2020 that Plaintiff Hudson's Cross-Motion for Summary Judgment (Dkt. 47) is **DENIED**.


Dated: _____, 2020         _____
                                        Judge James E. Boasberg
                                        United States District Court
                                        For the District of Columbia